**SO ORDERED: April 13, 2017.**

**James M. Carr**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: | |
| COURTNEY P. GALYAN, | Case No. 15-00134-JMC-7A |
| Debtor. | |
| COMMUNITY FIRST BANK OF INDIANA, | |
| Plaintiff, | |
| v. | Adversary Proceeding No. 15-50333 |
| COURTNEY P. GALYAN, | |
| Defendant. | |

## JUDGMENT

THIS MATTER came before the Court for a bench trial on January 17, 2017. Plaintiff, Community First Bank of Indiana ("CFB"), appeared by counsel Anthony R. Jost and Elizabeth C. Green. Defendant, Courtney P. Galyan ("Galyan"), appeared by counsel KC Cohen.

In accordance with the written *Findings of Fact and Conclusions of Law* entered

contemporaneously herewith, it is HEREBY ORDERED, ADJUDGED AND DECREED that judgment be and hereby is entered in favor of CFB and against Galyan on the allegations of count I of the complaint. The loan debt owed by Galyan to CFB is NONDISCHARGEABLE pursuant to 11 U.S.C. § 523(a)(2)(B).

# # #